CAMPANELLA v. FREEMAN. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Mike Campanella against Alfred Freeman. No opinion. Motion granted. Settle order on notice. See, also, 136 App. Div. 932, 120 N. Y. Supp. 1116.

CANTON, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Maria Canton, as sole administratrix of Edward J. Canton, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs.

CAPORALE, Appellant, v. MEYER et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 24, 1910.) Action by Salvatore Caporale against Cord Meyer and others. No opinion. Judgment affirmed, with costs.

CARD, Respondent, v. GROESBECK, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Lewis H. Card against Leonard H. Groesbeck. No opinion. Motion for leave to appeal to Court of Appeals granted. For former opinion, see 124 N. Y. Supp. 372.

CARPENTER v. HAWES. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Action by Philip Carpenter against Elmer E. Hawes. No opinion. Motion granted, and question certified. Order filed.

CARY, Appellant, v. KOERNER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Thomas Cary against Hazel M. Koerner, individually and as administratrix, etc., and others. No opinion. Motion for leave to appeal to Court of Appeals granted, and question for review certified. For former opinion, see 124 N. Y. Supp. 501.

CASLER, Respondent, v. CASLER, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by Otis M. Casler against Ada B. Casler. No opinion. Judgment affirmed.

CASLER, Respondent, v. CASLER, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by John H. Casler against Benjamin P. Casler.

PER CURIAM. Judgment reversed, and new trial ordered before another referee, with costs to appellant to abide event. Held, that the finding of the referee that the three items, amounting to $65, added to the bill of particulars on the trial, were not paid, is against the weight of the evidence.

CASTROGIOVANNI, Respondent, v. ILLINOIS SURETY CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by John Castrogiovanni against the Illinois Surety Company. No opinion. Interlocutory judgment affirmed, with costs, with the right to the appellant to withdraw its demurrer and answer over, upon payment of costs.

In re CATLIN. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) In the matter of the mortgage, lease, or sale of the real property of Martha Lauraine Catlin, deceased, for the payment of her debts.

PER CURIAM. Motion to dismiss appeal granted, with costs, unless the appeal is perfected and the case placed on the next calendar of this court for argument. On compliance, the motion is denied, without costs. See, also, 57 Misc. Rep. 269, 109 N. Y. Supp. 542.

In re CHILDS. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) In the matter of the judicial settlement of the account of Eversley Childs, as general guardian of Irving Winthrop Childs. No opinion. Order of the Surrogate's Court of Kings county affirmed, with $10 costs and disbursements. See, also, 124 N. Y. Supp. 1117.

CHILLI, Respondent, v. McMULLEN & WOODS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Americo Chilli, an infant, by guardian ad litem, against the McMullen & Woods Company. No opinion. Order affirmed, with $10 costs and disbursements.

CHISM et al. v. SMITH. (Supreme Court, Appellate Division, Third Department. September 21, 1910.) Action by John D. Chism, Jr., and another against Sheldon D. Smith.

PER CURIAM. Order amended, by striking out the provision that the judgment is reversed and a new trial granted, and inserting in place thereof: "Judgment so far as appealed from by the plaintiffs affirmed, and so far as appealed from by the defendant reversed, and a new trial granted." See, also, 138 App. Div. 715, 123 N. Y. Supp. 691.

In re CITY OF NEW YORK (BLACKWELL'S ISLAND BRIDGE.) (Supreme Court, Appellate Division, Second Department. June 29, 1910.) In the matter of the application of the City of New York relative to acquiring title, etc., to the lands, etc., required for an approach to the Blackwell's Island Bridge, etc.; Rozy Horel, petitioner. No opinion. Motion to direct the comptroller to pay award granted.

In re CITY OF NEW YORK. In re MANHATTAN TERMINAL OF THE NEW YORK AND BROOKLYN BRIDGE. In re KURSHEEDT. (Supreme Court, Appellate Division, First Department. June 24, 1910.) In the matter of the City of New York, in the matter of the Manhattan terminal of the New York and Brooklyn Bridge (see, also, 120 N. Y.